UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

May 10  4 20 PM '04

HECTOR FLORES-CORDOVA,        Docket No. 3:03cv397 (PCD)
   Petitioner

v.

JOHN ASHCROFT,
   Respondent        May 6, 2004

## STIPULATION

It is hereby stipulated between the parties that this matter be dismissed from the Court's docket, without costs or attorney's fees in accordance with F.R.A.P. 41. Petitioner's offense was encompassed by the Second Circuit's decision in Gousse v. Ashcroft, 339 F3d 91 (2d Cir. 2003). The mandate in that case has now been issued so there no longer is any viable legal issue to present to the court.

Respectfully submitted,                    Respectfully submitted,

                                                   KEVIN J. O'CONNOR
                                                   United States Attorney

_____                    _____
Michael G. Moore                           Krishna R. Patel
                                           Assistant United States Attorney
107 Oak Street                             157 Church Street-23rd Floor
Hartford, Ct 06106                         New Haven, Ct 06510
413/747-9331                               203/ 821-3753
Fed. Bar No. 11961                         Fed. Bar No. 24433