UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 10  4 20 PM '04

HECTOR FLORES-CORDOVA,
Petitioner

Docket No. 3:03cv397 (PCD)

v.

JOHN ASHCROFT,
Respondent

May 6, 2004

### STIPULATION

It is hereby stipulated between the parties that this matter be dismissed from the Court's docket, without costs or attorney's fees in accordance with F.R.A.P. 41. Petitioner's offense was encompassed by the Second Circuit's decision in Gousse v. Ashcroft, 339 F3d 91 (2d Cir. 2003). The mandate in that case has now been issued so there no longer is any viable legal issue to present to the court.

